of fact and conclusions of law, findings thereon and exceptions thereto, ordered filed in Orleans county clerk's office *nunc pro tunc* as of the 27th day of February, 1917, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. CLISSON, Relator, v. FRANK PRESTON and Others, Composing the Town Board of Auditors of the Town of Camillus, Respondents.— Motion granted and writ of certiorari dismissed, with ten dollars motion costs, for failure of relator to file papers and bring proceeding on for a hearing.

In the Matter of the Application of CHARLES L. BROOKS, to Review the Action of the Inspectors of Primary Election of the Town of Edinburgh, in the County of Saratoga, New York, at the Republican Primary Election of September 19, 1917.— Motion for leave to appeal to Court of Appeals granted.

DEXTER SULPHITE PULP AND PAPER COMPANY, Respondent, v. JEFFERSON POWER COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals from final judgment of affirmance granted.

DEXTER SULPHITE PULP AND PAPER COMPANY, Respondent, v. JEFFERSON POWER COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals from order affirming order denying motion for new trial on ground of newly-discovered evidence denied.

ANNA PATAKI, Appellant, v. THE STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Respondent.— Judgment and order affirmed, with costs. All concurred.

UNITED STATES RUBBER COMPANY, Respondent, v. BERNARD SILVERSTEIN, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that the motion for a nonsuit should have been granted; that the defendant's guaranty did not cover the plaintiff's claim against Moses Silverstein. All concurred, except Merrell, J., who dissented and voted for affirmance.

AMERICAN WOOLEN COMPANY OF NEW YORK, Plaintiff, v. MICHAEL C. SIMON, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. Held, that the six-year Statute of Limitations applied. We did not hold to the contrary in the case of *American Woolen Co.* v. *Samuelsohn* (176 App. Div. 946). All concurred.

FRANCIS B. MITCHELL, Respondent, v. NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY and FRED D. COREY, Appellants.— Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. Order denying motion to resettle order affirmed, without costs. All concurred.

IRENE McNAMARA, as Administratrix, etc., Respondent, v. EASTMAN KODAK COMPANY, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

DAVID M. HANCOCK, Respondent, v. PENNSYLVANIA COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

THOMAS H. DOWD, as Administrator, etc., of JOSEPH R. CLARK, Deceased,